pcm12.8.20
CDA/JTW
USAO#2020R00739

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. SAG 20-cr-0440 |
| JACQUEZ MAITH-BOST, | * (Possession with Intent to Distribute a Controlled Dangerous Substance, 21 U.S.C. § 841(a); Possession of a Firearm in by a Prohibited Person, 18 U.S.C. § 922(g); Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c); and Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| Defendant. | * |

\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about March 11, 2020, in the District of Maryland, the defendant,

**JACQUEZ MAITH-BOST,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing heroin, a Schedule II controlled substance, and a quantity of a mixture or substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

1

## COUNT TWO
## Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland charges:

On or about March 11, 2020, in the District of Maryland, the defendant,

**JACQUEZ MAITH-BOST,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger .380 caliber pistol bearing serial number 372135460, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT THREE
### Possession of a firearm during and in relation to a drug trafficking offense

The Grand Jury for the District of Maryland charges:

On or about March 11, 2020, in the District of Maryland, the defendant,

**JACQUEZ MAITH-BOST,**

did knowingly possess a firearm, that is, a Ruger .380 caliber pistol bearing serial number 372135460, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute controlled substances, as charged in Count One of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction(s).

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One in the Indictment, the defendant shall forfeit to the United States of America:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and

    b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offenses.

3. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense alleged in the Firearms Counts (Count Two and Three) of this Indictment, the defendant forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms involved in the offense(s) of conviction.

4. The property to be forfeited includes, but is not limited to, a Ruger .380 caliber pistol bearing serial number 372135460.

21 U.S.C. § 853
21 U.S.C. § 841(a)
18 U.S.C. § 922(g)
18 U.S.C. § 924(c)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

Robert K. Hur / cda
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

12-9-20
Date

5